FILED'06 NOV 13 09:14 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAROL L. MOST,                                  06-CV-6114-AS

        Plaintiff,                            ORDER

v.

JOANNE B. BARNHART,
Commissioner of Social
Security

        Defendant.


CAROL L. MOST
P.O. Box 887
Drain, OR 97435

        Plaintiff, *Pro Se*

KARIN J. IMMERGUT
United States Attorney
NEIL J. EVANS
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1000

1 - ORDER

**MICHAEL McGAUGHRAN**
Regional Chief Counsel
**DAVID R. JOHNSON**
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA  98104
(206) 615-2531

    Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#10) on October 5, 2006, in which he recommended this Court grant Defendant's Motion to Dismiss (#7) and grant Plaintiff leave to file an Amended Complaint no later than December 11, 2006, for the purpose of curing the deficiencies set forth in the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#10). Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss (#7) and **GRANTS** Plaintiff leave to file an amended complaint no later than December 13, 2006, for the purpose of curing the deficiencies set out in the Magistrate Judge Ashmanskas's Findings and Recommendation. If Plaintiff does not file an amended complaint by December 13, 2006, this matter will be dismissed with prejudice.

IT IS SO ORDERED.

DATED this 9th day of November, 2006.

_____
ANNA J. BROWN
United States District Judge

3 - ORDER